No. 95–567. SANTIAGO-MARTINEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–568. GRAY *v.* NEW YORK GRIEVANCE COMMITTEE FOR THE NINTH JUDICIAL DISTRICT ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 95–587. HARCOURT BRACE JOVANOVICH LEGAL & PROFESSIONAL PUBLICATIONS, INC., ET AL. *v.* MULTISTATE LEGAL STUDIES, INC. C. A. 10th Cir. Certiorari denied.

No. 95–590. MERCEDES-BENZ OF NORTH AMERICA, INC. *v.* MIKE SMITH PONTIAC, GMC, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–596. BERKLEY ET AL. *v.* ITOBA LTD.; and
No. 95–606. LEP GROUP PLC *v.* ITOBA LTD. C. A. 2d Cir. Certiorari denied.

No. 95–608. HOLYWELL CORP. ET AL. *v.* SMITH, INDIVIDUALLY AND AS TRUSTEE OF THE MIAMI CENTER LIQUIDATING TRUST, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–613. SARDUY *v.* SOUTHERN BELL TELEPHONE TELEGRAPHIC, INC. C. A. 11th Cir. Certiorari denied.

No. 95–621. WASHINGTON, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF WASHINGTON ET UX., DECEASED, ET AL. *v.* CREEL. C. A. 11th Cir. Certiorari denied.

No. 95–624. SOUTHERN GUARANTY INSURANCE COMPANY OF GEORGIA *v.* SOUTHEASTERN EXPRESS SYSTEMS ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 95–628. SABIA, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF BATEMAN, ET AL. *v.* SEMINOLE COUNTY, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.